NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICIA A. LILLY,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2023-1099

---

Petition for review of the Merit Systems Protection Board in No. CH-0353-16-0244-I-1.

---

## O R D E R

Patricia A. Lilly having not filed a revised Federal Circuit Form 10,

IT IS ORDERED THAT:

Pursuant to the court's January 31, 2023, order, this case and all transmittals shall be transferred to the United

LILLY v. MSPB

States District Court for the Northern District of Illinois.

FOR THE COURT

February 10, 2023                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court